# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK TILLMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEEFE COMMISARY NETWORK )<br>SALES, et al., )<br>)<br>Defendants. ) | Civil Action No. 10-255<br>Judge Donnetta W. Ambrose/<br>Magistrate Judge Cathy Bissoon |

## MEMORANDUM ORDER

The above-captioned pro se prisoner civil rights action was received by the Clerk of Court on Februaryh 23, 2010, and was referred to the late Chief United States Magistrate Judge Amy Reynolds Hay for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D. Subsequent to her untimely death the case was referred to Magistrate Judge Bissoon.

Magistrate Judge Bissoon's Report and Recommendation, ECF No. 10, filed on December 3, 2010, recommended that the case be dismissed due to Plaintiff's failure to obey a court order, which required Plaintiff to file a certified copy of his inmate account statement for the prior six months. Service of the Report was made on the Plaintiff at his address of record. The Plaintiff was informed that in accordance with the Magistrate Judges Act, 28 U.S.C.§ 636(b)(1)(B) and (C), the local rules, that he had a specific period of time in which to file his objections. Plaintiff filed no objections.

Accordingly, after *de novo* review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 2nd day of Feb , 2011;

IT IS HEREBY ORDERED that the case is dismissed with prejudice for Plaintiff's failure to obey a court order.

IT IS FURTHER ORDERED that the Report and Recommendation, ECF No. 10, filed on December 3, 2010 by Magistrate Judge Bissoon, is adopted as the opinion of the Court. The Clerk is to mark the case closed.

*Donetta W. Ambrose*
Donetta W. Ambrose
Senior U.S. District Judge

Dated:

cc: The Honorable Cathy Bissoon
United States Magistrate Judge

FREDERICK TILLMAN
Renewal Inc.
P.O. Box 295
Pittsburgh, PA 15230